IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02635-ZLW

ERIC JOSEPH LAURSON,

    Applicant,

v.

RON LEYBA, Warden at A.V.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 13 2007

GREGORY C. LANGHAM
CLERK

## ORDER DENYING MOTION TO RECONSIDER

Applicant Eric Joseph Laurson has filed *pro se* on April 10, 2007, a document titled "Reconsideration of Judgment Pursuant to Rule 60(b), F.R.C.P." Mr. Laurson asks the Court to reconsider both the Court's Order Denying Motion to Reconsider filed in this action on March 23, 2007, and the Court's Order and Judgment of Dismissal filed in this action on March 14, 2006. The Court must construe the April 10 document liberally because Mr. Laurson is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the April 10 document will be construed liberally as a motion to reconsider. For the reasons stated below, the liberally construed motion to reconsider will be denied.

The Court dismissed the instant habeas corpus action as barred by the one-year limitation period. The Court dismissed the action after Mr. Laurson failed to respond to an order directing him to show cause why the action should not be dismissed. In his original motion to reconsider filed one year later on March 14, 2007, Mr. Laurson

alleged that he timely sought an extension of time to respond to the show cause order and that he inadvertently used the wrong case number, 05-cv-02402-BNB, on the motion for an extension of time. Mr. Laurson attached to the March 14, 2007, motion to reconsider a copy of his proposed response to the show cause order. The Court denied the March 14, 2007, motion to reconsider because no motion for an extension of time was filed by Mr. Laurson either in the instant action or in 05-cv-02402-BNB and Mr. Laurson provided no explanation for his failure to seek reconsideration for an entire year after the Court entered its order dismissing the instant action.

Mr. Laurson alleges in the April 10 motion to reconsider that, although his motion for an extension of time was not filed in any action in this Court, he did submit a motion for an extension of time with the wrong case number that was returned to him by the clerk of the Court because the case number did not match the party names. Mr. Laurson also alleges that he was unable to seek reconsideration any sooner because he suffers from a severe learning disability and he was unable to obtain assistance from anyone until March 2007.

Upon review of the April 10 motion to reconsider and the entire file, the Court finds that Mr. Laurson fails to demonstrate the existence of any circumstances that would justify reconsidering and vacating either the Court's March 14, 2007, Order Denying Motion to Reconsider or the Court's March 14, 2006, Order and Judgment of Dismissal. Even accepting Mr. Laurson's explanations for his failure to file a timely response to the show cause order and his failure to respond to the Court's order dismissing this action for an entire year, the Court finds that the instant action properly was dismissed as barred by the one-year limitation period. Mr. Laurson argues in his

response to the show cause order that he is entitled to equitable tolling of the one-year limitation period. However, the Court has reviewed that response and finds that equitable tolling is not appropriate in this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the document titled "Reconsideration of Judgment Pursuant to Rule 60(b), F.R.C.P." filed on April 10, 2007, which the Court has construed as a motion to reconsider, is denied.

DATED at Denver, Colorado, this 12 day of April, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.

Eric Joseph Laurson
Reg. No. 99598
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/13/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk